UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARLON CAMPBELL,

    Petitioner,

v.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

Case No. 16-cv-03053-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Dismissing Petition as Successive,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: January 10, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge